UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

**NATHALIE SASHA LUNA**

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-48 (GHL)

Bradford Riendeau, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) 1 as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving a motor vehicle while ability was impaired by alcohol, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 1192.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** January 5, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $400.00 and a $5.00 special assessment. The total of the fine and special assessment is $405.00, payable on or before September 11, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **original Count(s) 1 and 2** of the Information are dismissed on motion of the United States.

**IT IS FURTHER ORDERED** that this conviction shall be reported to the New York State Department of Motor Vehicles.

July 11, 2007
Date of Imposition of Sentence

July 27, 2007
DATE SIGNED

George H. Lowe
United States Magistrate Judge